448 A.2d 1161

Commonwealth v. Turner, Appellant.

*Petition for Allowance of Appeal Denied Oct. 8, 1982.*

Submitted October 26, 1981. Paulette J. Balogh, for appellant; Stella L. Smetanka, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and JOHNSON, JJ.

Judgment of sentence affirmed.